**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Francisco Javier FUENTES–
VILLARREAL, Defendant–
Appellant.**

No. 03–11225.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Sept. 2, 2004.

Renee E. Harris, Fort Worth, TX, for Plaintiff–Appellee.

Raymond J. Rodgers, Fort Worth, TX, for Defendant–Appellant.

Before JOLLY, HIGGINBOTHAM, and PICKERING, Circuit Judges.

PER CURIAM: *

Francisco Javier Fuentes–Villarreal was convicted of one charge of illegal reentry into the United States. The district court

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

---

sentenced him to 88 months in prison and a three-year term of supervised release. Fuentes–Villarreal argues on appeal that the district court erred in denying his motion to dismiss the indictment based on an alleged violation of his Sixth Amendment right to a speedy trial.

Fuentes–Villarreal has not shown that the district court erred in denying his motion. Fuentes–Villarreal has not shown that he is entitled to a presumption of prejudice in connection with the delay between his indictment and prosecution, nor has he shown actual prejudice arising from this delay. *See United States v. Serna–Villarreal,* 352 F.3d 225, 230 (5th Cir. 2003), *cert. denied,* —— U.S. ——, 124 S.Ct. 1896, 158 L.Ed.2d 481 (2004). Accordingly, the district court's denial of Fuentes–Villarreal's motion to dismiss is AFFIRMED.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.